USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/3/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLEN RUSHEFSKY,

                          Plaintiff,

        -against-

ARVELLA FRAGRANCE LLC,

                          Defendant.

26-CV-02125 (MMG)

**ORDER SCHEDULING**
**DEFAULT JUDGMENT**
**BRIEFING**

MARGARET M. GARNETT, United States District Judge:

On March 18, 2026, the Court ordered the parties to, within thirty (30) days of service of the summons and complaint upon the Defendant, meet and confer in a good faith attempt to settle this action. *See* Dkt. No. 5. The Court further ordered that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of summons and complaint), the parties must submit a joint letter informing the Court whether parties have settled. *Id.*

The summons and complaint were served on Defendant on March 30, 2026. *See* Dkt. No. 7. Accordingly, the deadline for the joint letter ordered at Dkt. No. 5 was due no later than May 14, 2026. On May 14, 2026, and again on May 28, 2026, Plaintiff informed the Court that it has been unsuccessful at engaging Defendant. *See* Dkt. Nos. 7, 9.

Accordingly, it is hereby ORDERED that the stay of Defendant's time to answer, respond to, or move against the Complaint is LIFTED. Defendant must respond to the Complaint by no later than **June 16, 2026.**

It is further ORDERED that if Defendant has not appeared and responded to the Complaint by **June 16, 2026**, then by no later than **June 30, 2026,** Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **July 14, 2026**.

Plaintiff shall serve a copy of this Order on Defendants by mail delivery service that provides delivery confirmation and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **July 2, 2026,** and shall file proof of such service by **July 6, 2026.**

2

 If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: June 3, 2026
   New York, New York

        SO ORDERED.

        MARGARET M. GARNETT
        United States District Judge